PD-1255&1256&1257-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/22/2015 12:29:08 PM
Accepted 9/24/2015 2:46:31 PM
ABEL ACOSTA
CLERK

**Nos. PD-\_\_\_\_\_-15, PD-\_\_\_\_\_-15, and PD-\_\_\_\_\_-15**

_____

# IN THE TEXAS COURT OF CRIMINAL APPEALS
## AT AUSTIN, TEXAS

_____

FILED IN
COURT OF CRIMINAL APPEALS

September 24, 2015

ABEL ACOSTA, CLERK

**ELEAZAR LUNA, Appellant**

*v.*

**THE STATE OF TEXAS**

_____

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITIONS FOR DISCRETIONARY REVIEW

_____

**TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:**

Comes now, Eleazar Luna, Appellant in the above styled and numbered causes and pursuant to TEX. R. APP. P. 10.5(b) and 68.2(c) files this motion for extension of time to file Appellant's Petitions for Discretionary Review and would show this Honorable Court the following:

**I.**

On July 16, 2015, a panel of the Thirteenth Court of Appeals handed down a decision affirming Luna's three convictions for the offenses of indecency with a child in cause numbers 13-14-00367-CR, 13-14-00368-CR, and 13-14-00369-CR. *Luna v. State*, 2015 WL 4381353 (Tex. App. – Corpus Christi 2015).  A motion for

rehearing was timely filed and denied by the Court of Appeals on September 3, 2015. Luna's petitions for discretionary review are due on October 5, 2015.

**II.**

Luna seeks a 30 day extension of the current deadline in which to file his petitions for discretionary review. This request is based on the following facts which prevent counsel for Appellant from preparing the petitions for discretionary review by the current deadline:

Counsel cannot meet the current deadline and needs a 30 day extension because the record on appeal is voluminous and comprised of ten volumes. Since rehearing was denied, counsel for appellant has been working on an applicant's findings of fact, conclusions of law, and objections to the trial court's findings and conclusions as ordered by the Court of Criminal Appeals on March 4, 2015, in *Ex parte Christopher Wimberly*, No. WR-64,017-05 (Tex. Crim. App. 2015). Counsel has also been working on an appellant's brief which is on first extension in *Isreal Reyes, Sr. v. State of Texas*, No. 03-15-00233-CR, in the Third Court of Appeals. Finally, undersigned counsel plans to be out of the office and out of town on a family trip from September 28, 2015, to October 4, 2015. Filing of the petitions for discretionary review cannot be accomplished by the current deadline while still effectively representing appellant on discretionary review in this Court.

**III.**

This is the first request for an extension to file Luna's petitions for discretionary review.

**PRAYER**

Appellant requests this Court grant the motion and extend the time to file his petitions for discretionary review up to and including November 4, 2015.

Respectfully submitted,

/s/Richard E. Wetzel
Richard E. Wetzel
Bar No. 21236300

1411 West Avenue, Suite 100
Austin, Texas 78701

(512) 469-7943
(512) 474-5594 – fax
wetzel_law@1411west.com

Attorney for Appellant
Eleazar Luna

**CERTIFICATE OF SERVICE**

This is to certify a true and correct copy of this pleading was mailed to counsel for the State of Texas, Assistant District Attorney Robert Lassmann at the DeWitt County Courthouse, Cuero, Texas, 77954, on this the 22nd day of September, 2015.

/s/Richard E. Wetzel
Richard E. Wetzel
Bar No. 21236300

3